**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1303**

———————

AMERICAN EMPLOYERS INSURANCE COMPANY,

Plaintiff - Appellee,

versus

LANA C. WEBB, Individually, t/a Lana's Palace,

Defendant - Appellant,

APPLE TREE MINING, INCORPORATED,

Defendant - Appellee,

and

JERRY WAYNE CAUDILL, Individually, t/a Lana's
Place,

Defendant.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-96-158-A-B)

———————

Submitted:  June 9, 1998          Decided:  June 24, 1998

———————

Before NIEMEYER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lana C. Webb, Appellant Pro Se. James Hall Revere, III, William Charles Waddell, III, WADDELL & BARNES, P.C., Newport News, Virginia; Bennett E. Bayer, Lexington, Kentucky, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's grant of summary judgment declaring her unable to recover under an insurance policy issued by American Employers' Insurance Company, and the denial of her motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. American Employers Ins. Co. v. Webb, No. CA-96-158-A-B (W.D. Va. Jan. 21 & Feb. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2